# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GEORGE W. WAGNER, JR.,<br>12718 Gladys Retreat Circle<br>Bowie, MD 20720<br><br>        Plaintiff,<br><br>    v.<br><br>PETE GEREN,<br>Secretary of the Army<br>101 Army Pentagon<br>Washington, D.C. 20310<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 08-0213 (RMU)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Brian C. Baldrate, Special Assistant U.S. Attorney, as counsel of record for defendant in the above-captioned case.

                                  Respectfully submitted,

                                    _____/s/_____
                                    BRIAN C. BALDRATE
                                    Special Assistant United States Attorney
                                    Civil Division
                                    555 Fourth St., N.W.
                                    Washington, D.C.  20530
                                    202-353-9895  / FAX 202-514-8780