IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE W. WAGNER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0213 (RMU) |
| ) | |
| PETE GEREN, ) | |
| Secretary of the Army ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION TO ESTABLISH A BRIEFING SCHEDULE

Plaintiff brings this action for review on an administrative record under the Administrative Procedure Act, 5 U.S.C. § 702, *et seq*, challenging a decision of the Army Board For Correction of Military Records. The parties have conferred and believe that the Court can decide the merits of this case based on cross-motions for summary judgment. The parties propose the following briefing schedule:

    1. Defendant's Motion for Summary Judgment and submission of Administrative Record due by **April 18, 2008**;

    2. Plaintiff's Cross Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment due by **May 19, 2008**;

    3. Defendant's Opposition to Plaintiff's Cross Motion for Summary Judgment and Reply to Plaintiff's Opposition due by **June 10, 2008**;

    4. Plaintiff's Reply to Defendant's Opposition due **July 2, 2008**; and

    5. Defendant's obligation to file an answer should be stayed until resolution of the parties' cross-motions for summary judgment.

A proposed Order consistent with this Motion is attached.

Respectfully submitted,

                     _/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


                     _/s_____
RUDOLPH CONTRERAS D.C. Bar #  434122
Assistant United States Attorney

| /s_____<br>LYNN I. MILLER Bar # 941559<br>Klimaski & Associates<br>1635 Massachusetts Ave, NW<br>Washington, D.C. 20036<br>(202) 296-5600 | _/s_____<br>BRIAN C. BALDRATE<br>Special Assistant U.S.  Attorney<br>455 Fourth Street, N.W.,<br>Washington, D.C.  20530<br>(202) 353-9895 |
|---|---|

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GEORGE W. WAGNER, JR., <br><br> Plaintiff, <br><br> v. <br><br> PETE GEREN, <br> Secretary of the Army <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )     Civil Action No. 08-0213 (RMU) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Upon consideration of the parties' Joint Motion to Establish a Briefing Schedule, and the entire record of this case, it is hereby

**ORDERED** that the Joint Motion to Establish a Briefing Schedule is **GRANTED**, and it is further

**ORDERED** that Defendant's Motion for Summary Judgment and submission of Administrative Record is due by **April 18, 2008**;

**ORDERED** that Plaintiff's Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment is due by **May 19, 2008**;

**ORDERED** that Defendant's Opposition to Plaintiff's Motion for Summary Judgment and Reply to Plaintiff's Opposition is due by **June 10, 2008**;

**ORDERED** that Plaintiff's Reply to Defendant's Opposition is due **July 2, 2008**; and

**ORDERED** that Defendant's answer is stayed until resolution of the parties' cross-motions for summary judgment.

Dated this _____ day of _____, 2008.

                                                                          _____
                                                                          Ricardo M. Urbina
                                                                          United States District Judge

Copies to:
Counsel for Parties via ECF