# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GEORGE W. WAGNER, JR.

      **Plaintiff**

           **v.**

PETE GEREN
SECRETARY OF THE ARMY

      **Defendant**

**Case No. 1:08–cv–0213–RMU**

**Judge Ricardo M. Urbina**

**May 19, 2008**

### PLAINTIFF'S CONSENT MOTION TO EXTEND TIME
### TO FILE HIS CROSS MOTION FOR SUMMARY JUDGMENT
### AND AMEND THE REMAINING CURRENT BRIEFING SCHEDULE

Plaintiff George Wagner, through Counsel, respectfully seeks a two-week extension of time to June 2, 2008, to file his cross motion for summary judgment and opposition to Defendant's summary judgment motion.

Due to the unexpected and unforeseen press of both client and personal circumstances, neither Lynn I. Miller, counsel for Plaintiff primarily responsible for this brief, nor James R. Klimaski, will be able to complete this Brief in time for filing with the Court on May 19, 2008.

Brian C. Baldrate, Defendant's counsel, conferred with Mr. Klimaski by telephone this morning and consents to extending all the current due dates by 2 weeks as follows:

|  | Current deadline | Proposed deadline |
|---|---|---|
| Plaintiff's summary judgment motion and Opp. to defendant's SJ motion | May 19, 2008 | June 2, 2008 |
| Defendant's Opp. to plaintiff's SJ cross-motion and reply supporting his SJ motion | June 10, 2008 | June 24, 2008 |

|  | Current deadline | Proposed deadline |
|---|---|---|
| Plaintiff's Reply supporting his SJ cross-motion | July 2, 2008 | July 16, 2008 |

### Conclusion

There being no prejudice to either party or to the Court, and in view of Defendant's

consent to the requested enlargement of time for Plaintiff's filing currently due today, May 19,

2008, this Court should grant Plaintiff's consent motion to amend the briefing schedule as

outlined above.

A draft Order is included with this filing following the Certificate of Service.

Respectfully submitted,

May 19, 2008                          */s/  Lynn I. Miller*
                                      Lynn I. Miller, #941559
                                      James R. Klimaski, #243543
                                      Klimaski & Associates, P.C.
                                      1625 Massachusetts Avenue NW – Suite 500
                                      Washington, DC  20036-2245
                                      202-296-5600
                                      Miller@Klimaskilaw.com
                                      Klimaski@Klimaskilaw.com

                                      *Attorneys for Plaintiff*

---

**Certificate of Service**

I certify that the foregoing ***Plaintiff's Consent Motion to Extend Time to File His Cross Motion for Summary Judgment and Amend the Remaining Current Briefing Schedule*** will be served to the following counsel for Defendant in this case by the Court's CM/ECF system after proper filing of an Adobe PDF version of this item on the Court's secure website on May 19, 2008:

> Brian C. Baldrate
> Special Assistant U.S. Attorney
> Civil Division
> 555 Fourth Street NW
> Washington, DC  20530
> Fax:  202-514-8780

>     ***/s/ Jon Pinkus***
> Jon Pinkus
> Klimaski and Associates, PC

-3-

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE W. WAGNER, JR.** | |
| **Plaintiff** | **Case No. 1:08–cv–0213–RMU** |
| **v.** | |
| **PETE GEREN** | **Judge Ricardo M. Urbina** |
| **SECRETARY OF THE ARMY** | |
| **Defendant** | |

## ORDER

In view of the extension request from Plaintiff filed with the Court today, the proposed amendments to the Court's briefing schedule, Defendant's consent thereto, and there being no prejudice to either party or the Court, it is hereby

**ORDERED** the Court shall adopt the following schedule suggested by the parties:

| | Former deadline | New deadline |
|---|---|---|
| Plaintiff's summary judgment motion and Opp. to defendant's SJ motion | May 19, 2008 | June 2, 2008 |
| Defendant's Opp. to plaintiff's SJ cross-motion and reply supporting his SJ motion | June 10, 2008 | June 24, 2008 |
| Plaintiff's Reply supporting his SJ cross-motion | July 2, 2008 | July 16, 2008 |

**SO ORDERED.**

_____          _____

Date                                                    Ricardo M. Urbina
                                                           United States District Judge

Copies to Counsel via the Court's CM/ECF notification system.