UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE W. WAGNER, JR.<br><br>　Plaintiff<br><br>　　v.<br><br>PETE GEREN<br>SECRETARY OF THE ARMY<br><br>　Defendant | Case No. 1:08–cv–0213–RMU<br><br>Judge Ricardo M. Urbina<br><br>May 30, 2008 |

**PLAINTIFF'S SECOND CONSENT MOTION TO EXTEND TIME
TO FILE HIS CROSS MOTION FOR SUMMARY JUDGMENT
AND AMEND THE REMAINING CURRENT BRIEFING SCHEDULE**

　　Plaintiff George Wagner, through Counsel, respectfully seeks a two-week extension of time, up to and including, Monday, June 16, 2008, to file his cross motion for summary judgment and opposition to Defendant's summary judgment motion.

　　Due to pressing family matters for which Lynn I. Miller, counsel for Plaintiff primarily responsible for this brief, must travel out-of-state, Ms. Miller will not be able to complete this Brief in time for filing with the Court on June 2, 2008.

　　Ms. Miller conferred with Lanny Acosta, Defendant's new counsel, by telephone today concerning this motion. Mr. Acosta consents to extending all the current due dates as follows:

| | Current deadline | Proposed deadline |
|---|---|---|
| Plaintiff's summary judgment motion and Opp. to defendant's SJ motion | June 2, 2008 | June 16, 2008 |
| Defendant's Opp. to plaintiff's SJ cross-motion and reply supporting his SJ motion | June 24, 2008 | July 11, 2008 |

|  | Current deadline | Proposed deadline |
|---|---|---|
| Plaintiff's Reply supporting his SJ cross-motion | July 16, 2008 | August 18, 2008 |

## Conclusion

There being no prejudice to either party or to the Court, and in view of Defendant's consent to the requested enlargement of time for Plaintiff's filing currently due Monday, June 2, 2008, this Court should grant Plaintiff's consent motion to amend the briefing schedule as outlined above.

A draft Order is included with this filing following the Certificate of Service.

Respectfully submitted,

May 30, 2008

/s/  Lynn I. Miller
Lynn I. Miller, #941559
James R. Klimaski, #243543
Klimaski & Associates, P.C.
1625 Massachusetts Avenue NW – Suite 500
Washington, DC  20036-2245
202-296-5600
Miller@Klimaskilaw.com
Klimaski@Klimaskilaw.com

*Attorneys for Plaintiff*

**Certificate of Service**

I certify that the foregoing *Plaintiff's Second Consent Motion to Extend Time to File His Cross Motion for Summary Judgment and Amend the Remaining Current Briefing Schedule* will be served to the following counsel for Defendant in this case by the Court's CM/ECF system after proper filing of an Adobe PDF version of this item on the Court's secure website on May30, 2008:

Lanny Acosta
Special Assistant U.S. Attorney
Civil Division
555 Fourth Street NW
Washington, DC  20530
Fax:  202-514-8780

                                                */s/ Jon Pinkus*
                                                Jon Pinkus
                                                Klimaski and Associates, PC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE W. WAGNER, JR.<br><br>    Plaintiff<br><br>    v.<br><br>PETE GEREN<br>SECRETARY OF THE ARMY<br><br>    Defendant | Case No. 1:08–cv–0213–RMU<br><br>Judge Ricardo M. Urbina |

**ORDER**

In view of the extension request from Plaintiff filed with the Court, the proposed amendments to the Court's briefing schedule, Defendant's consent thereto, and there being no prejudice to either party or the Court, it is hereby

**ORDERED** the Court shall adopt the following schedule suggested by the parties:

| | Former deadline | New deadline |
|---|---|---|
| Plaintiff's summary judgment motion and Opp. to defendant's SJ motion | June 2, 2008 | June 16, 2008 |
| Defendant's Opp. to plaintiff's SJ cross-motion and reply supporting his SJ motion | June 24, 2008 | July 11, 2008 |
| Plaintiff's Reply supporting his SJ cross-motion | July 16, 2008 | August 18, 2008 |

**SO ORDERED.**

_____   _____
Date                                                                  Ricardo M. Urbina
                                                                                      United States District Judge

Copies to Counsel via the Court's CM/ECF notification system.